# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-2569
Lower Tribunal No. 2024-CA-003581-O

_____

KEVIN EDWARD DELEON,

Appellant,

v.

FRANK GEORGE and JENNIFER RAE-KOLKER GARCIA,

Appellees.

_____

Appeal from the Circuit Court for Orange County.
Margaret H. Schreiber, Judge.

May 23, 2025

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

WHITE, SMITH and BROWNLEE, JJ., concur.


Kevin Edward DeLeon, Milton, pro se.

No Appearance for Appellees, Frank George and Jennifer Rae-Kolker Garcia.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED